■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONROY HARRIS, Appellant. [825 NYS2d 921]—Appeal by the defendant from an amended judgment of the County Court, Westchester County (Dickerson, J.), rendered July 16, 2003, convicting him of rape in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Ritter, J.P., Goldstein, Florio and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HATFIELD, JR., Appellant. [825 NYS2d 920]—Appeal by the defendant from a judgment of the County Court, Westchester County (Molea, J.), rendered March 29, 2005, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently pleaded guilty (*see People v Harris*, 61 NY2d 9 [1983]). Furthermore, the County Court conducted an adequate inquiry into the defendant's vague and unsubstantiated assertions of coercion, which were belied by the record (*see People v Frederick*, 45 NY2d 520, 524-525 [1978]; *People v Sloane*, 13 AD3d 400 [2004]; *People v Ellison*, 12 AD3d 458 [2004]; *People v Abney*, 10 AD3d 617 [2004]). Miller, J.P., Spolzino, Krausman, Fisher and Dillon, JJ., concur.